PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jennelle Hibbert                    Cr.: 12-00448-001
                                                      PACTS Number: 56722

Name of Sentencing Judicial Officer: Honorable Claire Cecchi

Date of Original Sentence: 11/30/10

Original Offense: Importation of Cocaine

Original Sentence: 12 months and 1 day, three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/24/12

### PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Office shall supervise your compliance with this condition.

### CAUSE

Hibbert reported feelings of depression and overwhelming anxiety, and expressed interest in participating mental health treatment.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 07/20/2012

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 26, 2012
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows.

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Office shall supervise your compliance with this condition.

Witness: _____
U.S. Probation Officer
Elisa Martinez

Signed: _____
Probationer or Supervised Releasee
Jennelle Hibbert

7/20/12
DATE

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

July 20, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Claire Cecchi
United States District Court Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:  Jennelle Amala Hibbert
     Dkt# 12-00448-001
     **Request for Modification of Supervision Conditions**

Dear Judge Cecchi:

On November 30, 2010, Jennelle Hibbert was sentenced by Honorable Nicolas G. Garaufis in the United States District Court, Eastern District of New York to 12 months and one day to be followed by three years supervised release for Importation of Cocaine. Hibbert was ordered to pay a $100 special assessment, and abide by the special conditions of drug testing and submit to DNA testing. Her term of supervised release commenced on January 24, 2012, upon her release from Bureau of Prisons. On July 18, 2012, Your Honor accepted jurisdiction of the probationer.

While on Pretrial Supervision, the offender participated in mental health treatment. Since her release from imprisonment, Hibbert has reported feelings of depression, overwhelming anxiety, and expressed interest in resuming mental health treatment.

Based on the information presented, we recommend the offender's conditions be modified to include mental health treatment. On July 20, 2012, Hibbert agreed to the proposed modification and signed a Probation Form 49 (Waiver of Hearing to Modify Conditions of Supervised Release). We request that the Court be notified of our request for modification. Please contact the undersigned probation officer at (973) 445-8519 if Your Honor wishes to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Elisa Martinez
2012.07.20
13:24:11 -04'00'

By: Elisa Martinez
U.S. Probation Officer

Carolee Ann
Azzarello
2012.07.20
13:31:30 -04'00'

/em
Enclosure